| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0758 3:22CR00140-001 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 0864 0:25CR00471-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas Jack McNinch<br>District of Minnesota | Western District of Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| | Honorable William M. Conley | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/28/2025 — TO 10/27/2030 |

**OFFENSE**
Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, in violation of 21 U.S.C. § 846, a Class A felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
To allow local supervision strategies to further support Mr. McNinch's adjustment to supervision to include pro-social ties, stable employment and residency, and community support.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT OF ____Wisconsin____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____District of Minnesota____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/8/2025
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____Minnesota____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Tuesday, January 20, 2026
*Effective Date*

*Susan Richard Nelson*
*United States District Judge*

1